# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CARL ENGLAND

NO. 2025 KW 0887

**JANUARY 23, 2026**

---

In Re:    Carl England, applying for rehearing, 22nd Judicial District Court, Parish of St. Tammany, No. 396443.

---

BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.

**REQUEST FOR REHEARING NOT CONSIDERED.** An application for rehearing shall be filed with the clerk on or before fourteen days after the rendition of the judgment. Futhermore, an application for rehearing will not be considered if this court denied the original writ application. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.1, 2-18.2(1) & 2-18.7. Moreover, a mover may not appeal an adverse ruling on a motion to correct an illegal sentence or an application for postconviction relief. The proper method to seek review is by filing a supervisory writ application which may be done without the necessity of filing a notice of intent to obtain a return date. See La. Code Crim. P. arts. 912.1(C)(1) & 930.6(A).

**PMc**
**HG**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT